**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03678-WJM-KLM

DAVID KATT, on behalf of himself and all others similarly situated,
Plaintiff,

v.

JOHN ATENCIO GOLDSMITH, LTD.,
Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, by and through their respective attorneys, Ari H. Marcus on behalf of Plaintiff, and John M. Augustyn and Gary B. Chapman on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii) to a dismissal, with prejudice, each party to pay its own costs and attorney fees, of this lawsuit. By the filing of this Stipulation the above civil action is deemed resolved and the case closed.

Respectfully submitted this 7th day of April, 2020.

<u>/s/ Ari Hillel Marcus</u>
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF


<u>/s/ John Michael Augustyn</u>
John Michael Augustyn
Leydig Voit & Mayer Ltd. - Chicago
180 North Stetson Street
Suite 4900
Chicago, IL 60601
jaugustyn@leydig.com

<u>/s/ Gary Brian Chapman</u>
Gary Brian Chapman
Leydig Voit & Mayer Ltd. – Boulder
4940 Pearl East Circle
Suite 200
Boulder, CO 80301
gchapman@leydig.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of April, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

John Michael Augustyn
jaugustyn@leydig.com

Gary Brian Chapman
gchapman@leydig.com

                                                        /s/ *Ari H. Marcus*